**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DVISION
Civil Action No. 5:11-CV-42-RLV-DSC**

| | |
|---|---|
| **GEORGE G. JACKSON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| **WILKES COUNTY, WILKES** ) | |
| **COUNTY SHERIFF'S OFFICE, CITY** ) | |
| **OF WILKESBORO, CITY OF** ) | |
| **WILKESBORO POLICE** ) | |
| **DEPARTMENT, STATE OF NORTH** ) | |
| **CAROLINA, PARTICIPATING** ) | |
| **OFFICERS,** ) | |
| ) | |
| **Defendants.** ) | |

**THIS MATTER** is before the Court on pro se Plaintiff's "Motion for Extension of Time" and "Motion to Reserve [sic] Defendant State of North Carolina" (both document #15).

For good cause shown, Plaintiff's "Motion for Extension of Time" is **GRANTED** and Plaintiff shall respond to Defendants' Motions to Dismiss on or before October 10, 2011.

Because the initial 120-day period for service of the Summons and Complaint will not expire until November 18, 2011, Plaintiff's "Motion to Reserve [sic] Defendant State of North Carolina" is **DENIED AS PREMATURE**.

The Clerk is directed to send copies of this Order to the pro se Plaintiff; to defense counsel; and to the Honorable Richard L. Voorhees.

**SO ORDERED**.  Signed: September 14, 2011

David S. Cayer
United States Magistrate Judge