# United States District Court
## For The Western District of North Carolina
## Statesville Division

GEORGE G. JACKSON,

    Plaintiff(s),

vs.

WILKES COUNTY, ET AL,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

5:11CV42

DECISION BY COURT. This action having come before the Court by motions and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 28, 2012 Order.

Signed: September 28, 2012

Frank G. Johns, Clerk
United States District Court